JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Lawrence, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc., a foreign limited liability corporation; Doe I, individually, and Does II-X; and Roe Companies I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01280-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, all parties and their counsel of record have agreed upon a full and final settlement of this case and all claims arising therefrom;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Alison Brasier, Esq. of the law firm HICKS & BRASIER, PLLC as counsel of record for Plaintiff RONALD LAWRENCE as follows:

1.    That the claims herein of Plaintiff RONALD LAWRENCE against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs;

/ / /

/ / /

CLAC 7338827.1

2.      That any hearings, deadlines or filing dates on the Court's docket be vacated.

Respectfully submitted this 29th_day of June, 2023.

HICKS & BRASIER, PLLC                        COOPER LEVENSON, P.A

/s/ Alison Brasier                                      /s/ Jerry S. Busby
ALISON BRASIER, ESQ.                         JERRY S. BUSBY, ESQ.
Nevada Bar No. 10522                            Nevada Bar No. 001107
2630 South Jones Boulevard                    3016 W. Charleston Blvd.-Suite 195
Las Vegas, NV 89146                             Las Vegas, NV 89102
(702) 628-9888                                      (702) 366-1125
Attorneys for Plaintiff                             Attorneys for Defendant
RONALD LAWRENCE                            SMITH'S FOOD & DRUG CENTERS, INC.

**O R D E R**

IT IS SO ORDERED.  Case dismissed with prejudice.

US DISTRICT COURT JUDGE

DATED:  July 6, 2023

CLAC 7338827.1